IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMRA ROPER, | : | CIVIL NO. 3:22-CV-0307 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| LUZERNE COUNTY, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of June, 2023, Chief Magistrate Judge Karoline Mehalchick having notified the undersigned that the case has settled, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge